**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| Invicta Networks, Inc. | |
| Plaintiff, | Civil Action No. 1:20-cv-00336 |
| v. | The Honorable Judge Alan Albright |
| Forcepoint LLC | |
| Defendant. | |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Invicta Networks, Inc., and Defendant Forcepoint LLC do hereby stipulate to the dismissal of all claims in the above-captioned action without prejudice. The parties shall bear their own attorneys' fees, expenses, and costs.

Dated: May 12, 2020

Respectfully submitted,

| | |
|---|---|
| By: /s/ Thomas M. Dunlap | /s/ Kevin J. Meek |
| Thomas M. Dunlap (Admitted W.D. Tex./VA Bar No. 44016) | Kevin J. Meek |
| David Ludwig (Admitted W.D. Tex./VA Bar No. 73157) | Texas Bar No. 13899600 |
| Dunlap Bennett & Ludwig PLLC | Baker Botts L.L.P. |
| 8300 Boone Blvd., Suite 550 | 98 San Jacinto Boulevard, Suite 1500 |
| Vienna, Virginia 22182 | Austin, Texas 78701 |
| (703) 777-7319 (t) | (512) 322-5471 (t) |
| (703) 777-3656 (f) | (512) 322-3622 (f) |
| tdunlap@dbllawyers.com | kevin.meek@bakerbotts.com |
| dludwig@dbllawyers.com | |
| ecf@dbllawyers.com | *Attorney for Forcepoint LLC* |
| | |
| *Attorneys for Invicta Networks, Inc.* | |

1

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 12th day of May 2020, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1). Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first-class mail on this same date.

                                                    /s/ Thomas M. Dunlap
                                                    Thomas M. Dunlap